**SEALED**

BENJAMIN B. WAGNER
United States Attorney
TOSS A. PICKLES
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
(916) 554-2700

Attorneys for Plaintiff
United States of America

**FILED**

OCT - 3 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:13-CR-0333 GEB |
| Plaintiff, | ORDER TO SEAL (UNDER SEAL) |
| v. | |
| DARRYL RAY BOUNDS, JR., | |
| Defendant. | |

The Court herby orders that the Indictment, the Petition of Assistant U.S. Attorney Todd A. Pickles to Seal Indictment, and this Order, in the above-referenced case, shall be sealed until further order of the Court.

Dated: 10/3/2013

_____
HONORABLE CAROLYN K. DELANEY
United States Magistrate Judge