```
                                                                    FILED
                                                                 April 17, 2014
              UNITED STATES DISTRICT COURT FOR THE             CLERK, US DISTRICT COURT
                                                               EASTERN DISTRICT OF
                    EASTERN DISTRICT OF CALIFORNIA                  CALIFORNIA
                                                                   DEPUTY CLERK
```

UNITED STATES OF AMERICA,         )
                                  )   Case No. 2:13-CR-00333-GEB
                Plaintiff,        )
v.                                )   ORDER FOR RELEASE OF
                                  )   PERSON IN CUSTODY
DARRYL RAY BOUNDS, JR.,           )
                                  )
                Defendant.        )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  DARRYL RAY BOUNDS, JR. , Case No. 2:13-CR-00333-GEB , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___ Release on Personal Recognizance

_✔_ Bail Posted in the Sum of $ 100,000.00

    _✔_ Unsecured Appearance Bond Cosigned by Defendants Grandmother, *individually + as trustee (nsv)* Ruth Sharp and Mother-in-Law Amber Garner

___ Appearance Bond with 10% Deposit

___ Appearance Bond with Surety

___ Corporate Surety Bail Bond

_✔_ (Other)      Pretrial conditions as stated on the record

Issued at  Sacramento, CA  on  April 17, 2014  at  2 pm .

By _____
Kendall J. Newman
United States