DANNY D. BRACE, JR., #114466
LAW OFFICE OF DANNY D. BRACE, JR.
901 H Street, Suite 500
Sacramento, CA  95814
(916) 552-6660
Fax:  (916) 447-0592

Attorney for Darryl Bounds

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>DARRYL RAY BOUNDS, JR. ,<br><br>　　　　Defendant | Case No.: 2:13 CR 333 GEB<br><br>STIPULATION REGARDING EXCLUDABLE TIME  PERIODS UNDER SPEEDY TRIAL ACT (PROPOSED) FINDINGS AND ORDER |

Plaintiff, United States of America, by and through its counsel of record, and the defendant DARRYL RAY BOUNDS, JR., by and through his counsel of record, hereby stipulate as follows:

　　　　1.　　By previous order, this matter was set for status on March 27, 2015.

　　　　2.　　By this stipulation, the defendant now moves to continue the status conference until April 24, 2015, and to exclude time between March 27, 2015 and April 24, 2015 under Local Code T4.  Plaintiff does not oppose this request.

　　　　3.　　The parties agree and stipulate, and request that the Court find the following:

　　　　a.　　Defense counsel needs more time to consult with defendant regarding his case and to review the plea agreement.

　　　　b.　　Counsel for the defendants believe that failure to grant the above-requested

STIP AND ORDER TO EXTEND TIME - 1

continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   d. The government does not object to the continuance.

   e. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

   e. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of March 27, 2015 to April 24, 2015, at 9:00 a.m. inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

   4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

            Respectfully submitted,

Date:  3-24-15        By: /s/ Danny D. Brace, Jr.,
               DANNY D. BRACE, JR.,
               Attorney for
               Darryl Ray Bounds, Jr.

Date:   3-24-15                                     By:/s/ Todd Pickles
                                                    Authorized to sign for Mr. Pickles
                                                    On March 24, 2015
                                                    Todd Pickles
                                                    Assistant U.S. Attorney

**IT IS SO ORDERED:**

**Dated:  March 25, 2015**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge